David **FELTON**, Petitioner–Appellant,

v.

Ernest **SUTTON**, Respondent–Appellee.

No. 00–7632.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 29, 2001.

David Felton, pro se. Clarence Joe Del-Forge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellee.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

David Felton seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Felton v. Sutton*, No. CA–99–928–1 (M.D.N.C. Oct. 17, 2000). We also deny Felton's motion to proceed in forma pauperis. Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*